## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DOTY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) **CIVIL ACTION NO. 08-cv-5172** ) |
| vs. | ) ) |
| | ) CLASS ACTION COMPLAINT |
| NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN  and DAVID MEISTER, | ) ) ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

### L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Ronald Doty, hereby states that there are no such parent

corporations or any other publicly held corporation that owns 10% or more of its stock as the

Plaintiff is an individual.

Dated: June 5, 2008

**BRODSKY & SMITH, LLC**

By: _s/ Evan J. Smith, Esquire_
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
David Promisloff, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056

_Attorneys for Plaintiffs_