UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DOTY, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID B. MEISTER,<br><br>              Defendants. | Civil Action No. 1:08-cv-05172-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendants NexCen Brands, Inc. and Davis S. Oros. I certify that I am admitted to practice in this court.


Dated: New York, New York
      August 7, 2008

                                              Respectfully submitted,

                                              WILMER CUTLER PICKERING HALE
                                               AND DORR LLP

                                               s/ Lori A. Martin
                                             Lori A. Martin (LM 7125)
                                             399 Park Avenue
                                             New York, NY 10022
                                             (212) 230-8800
                                             (212) 230-8888 (fax)