UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DOTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID B. MEISTER<br><br>Defendants. | Civil Action No. 1:08-cv-05172-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants NexCen Brands, Inc. and Davis S. Oros. I certify that I am admitted to practice in this court.

Dated: New York, New York
August 7, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

s/ Robert B. McCaw
Robert B. McCaw (RM 7427)
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)